# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOAN E. FARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 16-2180-CM |
| DARYL DAVIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Joan E. Farr brings this action pro se, claiming that defendants violated her constitutional rights under 42 U.S.C. § 1983. Plaintiff claims that defendants conspired to deprive her of her rights by stealing her property and influencing the police to harass plaintiff. The case is before the court on plaintiff's Motion for Leave to Join Additional Defendants (Doc. 46). Magistrate Judge Kenneth G. Gale issued a Report and Recommendation (Doc. 68), recommending that this court deny plaintiff's motion. Plaintiff failed to timely object to the Report and Recommendation. The court has reviewed the Report and Recommendation, and agrees with Judge Gale that plaintiff's request should be denied for both procedural and substantive reasons. The court ADOPTS the Report and Recommendation (Doc. 68) in full, and denies plaintiff's Motion for Leave to Join Additional Defendants (Doc. 46).

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Judge Gale (Doc. 68) is adopted in full.

-2-

**IT IS FURTHER ORDERED** that plaintiff's Motion for Leave to Join Additional Defendants (Doc. 46) is denied.

Dated this 4th day of May, 2017, at Kansas City, Kansas.

> s/ Carlos Murguia
> **CARLOS MURGUIA**
> **United States District Judge**